```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 16-60487-CIV-COHN
                                       (13-60284-CR-COHN)
                              MAGISTRATE JUDGE P. A. WHITE
```

| | |
|---|---|
| BRANDON ROBINSON,                   : | |
|      Movant,                        : | |
| v.                                  : | <u>REPORT OF</u><br><u>MAGISTRATE JUDGE</u> |
| UNITED STATES OF AMERICA,           : | |
|      Respondent.                    : | |
| _____  | |

The *pro se* movant, Gary Haggins, has filed a motion to vacate in Case No. 16-60487-CIV-COHN, attacking his conviction in Case No. 13-60284-CR-COHN. The movant filed a prior motion to vacate, attacking this same criminal conviction, assigned Case No. 16-60285-CV-COHN. That motion is pending in this Court. This case is duplicative of Case No. 16-60285-CV-COHN in that it attacks the same conviction and sentence although on different grounds.

It is therefore recommended as follows:

1. This higher numbered case be dismissed as duplicative.

2. The movant should be permitted to amend his motion to vacate in Case no. 16-60285-CV-COHN, if he wishes to add any additional claims. This is not a waiver of any applicable procedural bar.

Objections to this Report may be filed within fourteen days following receipt.

Dated this 16th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Brandon Robinson, pro se
    Reg. No. 04577-104
    Coleman I-USP
    United States Penitentiary
    Inmate Mail/Parcels
    Post Office Box 1033
    Coleman, FL 33521

    Noticing 2255 US Attorney
    Email: usafls-2255@usdoj.gov